AO 93 (Rev. 5/85) Search Warrant

# United States District Court

Southern DISTRICT OF California

FILED 08 JAN -8 AM 11:55

| In the Matter of the Search of (Name, address or brief description of person or property to be searched) | |
|---|---|
| Express Mail Parcel addressed to Anmarie Johnson, 2170 Alta View Ave, San Diego, CA 92139. The parcel listed the return information of Tracey Johnson, 230 East 123 St., #602, Manhattan, NY 10035 | **SEARCH WARRANT**<br>CASE NUMBER: '08 MJ 0055 |

TO: Ana L. Flores, Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by Ana L. Flores (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail Parcel addressed to Anmarie Johnson, 2170 Alta View Ave, San Diego, CA 92139. The parcel listed the return information of Tracey Johnson, 230 East 123 St., #602, Manhattan, NY 10035 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before

Date

(not to exceed 10 days) the person or place named above for the person or property ~~specified~~, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to LOUISA S. PORTER U.S. MAGISTRATE JUDGE (U.S. Judge or Magistrate) as required by law.

1/7/08 5:15 pm at San Diego, CA

Date and Time Issued — City and State

LOUISA S. PORTER U.S. MAGISTRATE JUDGE U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01-07-08 | 01-08-08 8:50 am | USPS |

INVENTORY MADE IN THE PRESENCE OF

US Postal Inspectors A. Flores and C. Whyte

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Express Mail Parcel # EB354640416US
white shipping box contained packing peanuts and a bundle wrapped in layers of duct tape and green plastic wrap; the core was comprised of a green leafy substance which field tested positive for marijuana which weighed approximately 1,663.8 grams

AFlores 01/08/08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

[signature] U.S. Judge

1/8/08 Date